**Glen D. LaMASTER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 58297.**

Missouri Court of Appeals,
Western District.

Dec. 5, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 30, 2001.

Application for Transfer Denied
March 20, 2001.

Susan L. Hogan, Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stacy L. Anderson, Asst. Atty. Gen., Jefferson City, for Respondent.

Before BRECKENRIDGE, P.J., and ULRICH and HOWARD, JJ.

**Order**

PER CURIAM.

Glen D. LaMaster appeals from the motion court's denial of his Rule 24.035 motion for postconviction relief without an evidentiary hearing.

Affirmed. Rule 84.16(b).